1   Howard L. Jacobs, State Bar No. 149709
    Law Offices of Howard L. Jacobs
2   2815 Townsgate Road, Suite 200
    Westlake Village, California 91361
3   Telephone: (805) 418-9892
    Facsimile: (805) 418-9899
4
    R. Daniel Fleck, Pro Hac Vice Application Pending
5   THE SPENCE LAW FIRM, LLC
    15 South Jackson Street
6   P.O. Box 548
    Jackson, Wyoming 83001
7   Telephone: (307) 733-7290
    Facsimile: (307) 733-5248
8
    Attorneys for Plaintiff
9   FLAVIA OLIVEIRA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13   FLAVIA OLIVEIRA                          )   CASE NO. CV 10 5735MEJ
                                              )
14                          Plaintiff,        )
                                              )   **STIPULATION TO DISMISS
15   vs.                                      )   ACTION WITHOUT
                                              )   PREJUDICE; ORDER**
16   ALR INDUSTRIES, INC.. a Nevada           )
     Corporation; and DOES 1 through 30,      )
17   inclusive                                )
                                              )   Judge: Hon. Maria-Elena James
18                          Defendants.       )
                                              )
19                                            )
                                              )
20                                            )
                                              )
21                                            )

22

23       WHEREAS on December 16, 2010, Plaintiff Flavia Oliveira filed her complaint in the

24   above captioned action;

25       WHEREAS, Defendant Applied Lifescience Research Industries, Inc. erroneously sued

26   herein as ALR Industries, Inc. (hereinafter referred to as "Defendant") agreed to waive service of

27   summons on January 4, 2011;

28       WHEREAS on or about January 18, 2010, defense counsel contacted plaintiff's counsel

                                        -1-
OLIVEIRA v. ALR INDUSTRIES, INC.    STIPULATION TO DISMISS ACTION WITHOUT
CASE NO. CV 10 5735                 PREJUDICE

GRANTED

Judge Maria-Elena James

**FILED BY FAX**

1   to discuss the absence of subject matter jurisdiction in this action and Defendant's objections to

2   the venue selected by Plaintiff. In that communication, defense counsel advised plaintiff's

3   counsel that diversity jurisdiction does not exist and further informed plaintiff's counsel that

4   Southern California is the proper venue for this matter;

5       WHEREAS on or about January 25, 2011, Plaintiff and Defendant, through their

6   respective counsel, agreed to stipulate to dismiss this action without prejudice and allow Plaintiff

7   to re-file this action in Superior Court for the State of California for the County of Los Angeles;

8   and;

9       WHEREAS, Defendant has agreed that it will not challenge jurisdiction or attempt to

10  remove the matter to Federal Court after Plaintiff re-files this action in Superior Court for the

11  State of California for the County of Los Angeles.

12      IT IS HEREBY STIPULATED and agreed that the this action be dismissed without

13  prejudice and re-filed in the Superior Court for the State of California for the County of Los

14  Angeles.

15      IT IS SO STIPULATED.

16

17  Dated: February 7, 2011                    LAW OFFICES OF HOWARD L.
                                                JACOBS
18

19                                             By:
                                                    Howard L. Jacobs
20                                                  Attorney for Plaintiff
                                                    FLAVIA OLIVEIRA
21

22
    Dated: February 7, 2011                    GORDON & REES LLP
23

24                                             By:
                                                    J. Todd Konold
25                                                 Attorney for Defendant
                                                   APPLIED LIFESCIENCE
26                                                 RESEARCH INDUSTRIES, INC.

27

28

                                            -2-
    OLIVEIRA v. ALR INDUSTRIES, INC.        STIPULATION TO DISMISS ACTION WITHOUT
    CASE NO. CV 10 5735                     PREJUDICE

## PROOF OF SERVICE

*Flavia Oliveira v. ALR Industries, Inc., et al.*
U.S. District Court, Northern Division of California, Case No. CV-10-5735MEJ

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA 92101. On February 7, 2011, I served the within documents:

**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AND ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personal service by cause. I caused said documents to be hand-delivered to the addressee, pursuant to Code of Civil Procedure §1011.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

| | |
|---|---|
| Howard L. Jacobs | R. Daniel Fleck |
| Law Offices of Howard L. Jacobs | The Spence Law Firm |
| 2815 Townsgate Road, Suite 200 | 15 South Jackson Street |
| Westlake Village, CA 91361 | Jackson, WY 83001 |
| Tel: 805-418-9892 / Tel: 805-418-9899 | Tel: 307-733-7290 / Fax: 733-5248 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 7, 2011, at San Diego, California.

Patrick R. Langevin